# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### INDEX OF NEW CASES DOCKETED

Bach v. Phelps ............................ 19908
Bradley v .Indust. Com..................... 19899
Creager v. Creager ....................... 19911
Dethloff v. Starbuck ..................... 19902
Glick v. Galier .......................... 19895
E. Gordon v. Terrill ..................... 19918
Wm. Gordon v. Terrill .................... 19919
Holland v. Metropolitan Life Ins. Co...... 19920
Ind. Com. v. Zielinski ................... 19907
Jacobs v. Rose ........................... 19900
John Hancock Mut. Ins. Co. v. Hager ...... 19913
Krempin v. Amazon Lodge No. 567 .......... 19904
Mancuso v. Cleve. Ry. Co. & NY. C. & St. L.
  Ry. Co. ................................ 19916
Morelli v. Guerinot ...................... 19910
McCown v. Bunting ........................ 19896
Mueller v. Edge Gas Co. .................. 19901
New Amsterdam Cas. Co. v. Cambridge Bd. Ed.. 19909
Pierce v. Cleve. Ice. Cream Co............. 19917
Pilliod v. Searls ........................ 19897
Roberts v. State ex Martin ............... 19906
Southard v. State ........................ 19898
State ex rel. A. M. Laughlin v. Pardee.... 19905
Szakovitz v. Great Lakes Refining Co...... 19915
United Machine & Mfg. Co. v. Hurford ..... 19903
Wolfiey v. Thomas ........................ 19912
Wooster (City) v. Arbenz ................. 19914

### JUNE 15, 1926

19895—Abraham Glick et v. Peter Galier et; motion for Cuyahoga Appeals to certify. Miller & Jaffa, Cleveland, for pltfs; Joseph Nuccio, F. C. Scott, Sawyer, Cummings, Strong & Douglas, Cleveland, for defts.

### JUNE 16, 1926

19896—Ella McCown v. Mary I. Bunting et; motion for Columbiana Appeals to certify. Chas. Boyd, East Liverpool, for pltf; W. A. O'Grady, Wellsville, for defts.

19897—Chas. J. Pilliod v. Daniel C. Searls; error to the Lucas Appeals. Boggs '& Doty, Toledo, for pltf; E. H. Ray, Toledo, for deft.

19898—James H. Southard v. State of Ohio; error to for leave to file petition in error to the Lucas Appeals. L. Levy, Toledo, for pltf; J. C. Cochrane, Toledo, for deft.

19899—Margaret T. Bradley v. Industrial Commission of Ohio; motion for Lucas Appeals to certify. J. P. Manton, Toledo, for pltf; C. C. Crabbe and R. R. Zurmehly, Columbus, for deft.

### JUNE 17, 1926

19900—Cora M. Jacobs v. Anna M. Rose; motion for Cuyahoga Appeals to certify. Boyd, Cameron, Brooks & Wickham, Cleveland, for pltf; R. S. Curran, Cleveland, for deft.

19901—C. B. Mueller v. Edge Gas Co.; motion for Cuyahoga Appeals to certify. T. P. Schmidt, Cleveland, for pltf; Kelly, David & Cottrell, Cleveland, for deft.

19902—J. F. Dethloff v. M. O. Starbuck; motion for Cuyahoga Appeals to certify. A. P. Gustafson, Cleveland, for pltf; A. E. Emerman, Cleveland, for deft.

19903—United; Machine & Mfg, Co. v. 'Ross H. Hurford; motion for Stark Appeals to certify. Bulkley, Hauxhurst, Jamison & Sharp, Cleveland, for pltf; J. M. Blake, Canton, for deft.

19904—Edward C. Krempin v. Amazon Lodge No. 567; etc., a corporation; motion for Cuyahoga Appeals to certify. Gordon & Gordon, Cleveland, for pltf; P. Howland, Cleveland, for deft.

19905—State of Ohio ex xrel. Anderson M. Laughlin v. Lionel S. Pardee; in mandamus. W. S. Hutchinson, Akron, for pltf.

19906—Floyd Roberts v. State of Ohio ex rel Eva Martin; motion for Franklin Appeals to certify. W. E. Bigony for pltf; D. S. Bachman and J. H. Cooper; all of Columbus.

### JUNE 18, 1926

19907—Industrial Commission of Ohio v. Amelia Zielinski; motion for Cuyahoga Appeals to certify. E. C. Stanton and G. R. Wheeler, Cleveland, for pltf; J. M. Pindras and Dunlap, Stevens & Dunlap, Cleveland, for deft.

19908—Jacob Bach v. Frederick J. Phelps et; motion for Crawford Appeals to certify. Edward Volrath and C. F. Shaber, Bucyrus, for pltf; W. C. Beer and E. J. Myers, Bucyrus, for defts.

### JUNE 19, 1926

19909—New Amsterdam Casualty Co. v. Board of Education of Cambridge City School District et; motion for Guernsey Appeals to certify. W. T. Donaldson, Baltimore, Md., J. Joyce, Cambridge and Booth, Keating, Pomerene & Boulger, Columbus, for pltf; G. D. Dugan, Cambridge, C. S. Shepard, Cambridge, G. T. Geren, Marion and C. M. Meyers, Akron, for defts.

19910—Vincent A. M. Morelli v. Dr. Albert J. Guerinot; motion for Jefferson Appeals to certify. T. Rock and F. A. Stone, Steubenville, for pltf; Cohen & Gardner, Steubenville, for deft.

19911—Ruth Creager v. Kendall G. Creager; motion for Darke Appeals to certify. H. F. Miller, Ada and E. D. Bloom, Bowling Green, for pltf; M. Murphy, Greenville, for deft.

### JUNE 21, 1926

19912—J. T. Wolfiey et v. Beman Thomas; motion for Franklin Appeals to certify. F. S. Monnett, O. R. Crawfis, Columbus, for pltfs; O. E. Davis, Columbus, for deft.

19913—John Hancock Mutual Life Ins. Co. v. Lettia Hager; motion for Lucas Appeals to certify. Holbrook & Butler, Toledo, for pltf; R. B. Lee, G. S. Moss, Toledo, for deft.

19914—City of Wooster v. Harry Arbenz; motion for Wayne Appeals to certify. O. D. Kaufman, B. G. Hay, Wooster, for pltf; Critchfield & Etling, Wooster, for deft.

19915—Geo. Szakovitz et v. Great Lakes Refining Co; motion for Lucas Appeals to certify. Manton & Manton, Toledo, for pltfs; Tyler, McMahon, Smith & Wilson, for deft.

### JUNE 23, 1926

19916—Josephine Mancuso v. Cleve. Ry. Co. et; motion for Cuyahoga Appeals to certify. Nicola & Horn, Cleveland, for pltf; Tolles, Hogsett, Ginn & Morley, Squires, Sanders & Dempsey, Cleveland, for deft.

19917—Perry M. Pierce v. Cleveland Ice Cream Co; tion for Cuyahoga Appeals to certify. Day & Day Byrnes and W. A. Kane, Cleveland, for pltf; J. H. McNeal, Cleveland, for deft.